# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3634
Lower Tribunal No. CF13-007520-XX

_____

FREDDIE L. SOLOMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) the Circuit Court for Polk County.
Lori A. Winstead, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


Freddie L. Solomon, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED